Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI, P.C.
9350 South 150 East, Suite 500
Sandy, UT 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, SOUTHERN DIVISION**

| | |
|---|---|
| BRIAN HARDY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | **PETITION FOR REMOVAL**<br><br>Case No.:  4:25-cv-00071<br><br>Judge: |

Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, hereby petitions for removal of the above-entitled action from the Fifth Judicial District Court of Washington County, State of Utah, to the United States District Court for the District of Utah, Southern Division.   By this petition, Defendant gives notice of the removal of this action.   This removal is made pursuant to 28 U.S.C. § 1441 and § 1446 and is proper and appropriate based upon the following:

1.    On May 14, 2025, Defendant State Farm was served with the Complaint in an action entitled *Hardy v. State Farm Mutual Automobile Company,* Civil No. 250500240, in the Fifth Judicial District Court in and for Washington County, State of Utah.   A copy of the

complaint is attached to this petition as Exhibit "A."

2.      Pursuant to Local Rule 81-2(b)(2), a current copy of the state court docket sheet is attached as Exhibit "B."

3.      Pursuant to Local Rule 81-2(b)(3), the state court has not yet issued a scheduling order or notice of event due dates.

4.      Pursuant to Local Rule 81-2(a)(2)(A)(i), the Complaint alleges that Plaintiff is a resident of Utah. On information and belief, Plaintiff is domiciled in Utah.

5.      Pursuant to Local Rule 81-2(a)(2)(A)(i), Defendant State Farm is an Illinois incorporated insurance company with its principal place of business in Bloomington, Illinois, such that, for diversity purposes, State Farm is a citizen of Illinois and not Utah.

6.      Removal of this action is proper under 28 U.S.C. § 1441(b). This Court has diversity jurisdiction over this matter as defendant State Farm is a foreign corporation, and Plaintiff is a citizen of the State of Utah.   In addition, Plaintiff is seeking damages in an amount in excess of $75,000.  The complaint designates this a Tier 3 case in which Plaintiff seeks in excess of $300,000. See *Davis v. Smith's Food and Drug Center, Inc*., 2023 WL 4764008, *2 (D. Utah 2023) ("Utah's civil rules explicitly permit plaintiffs to plead the appropriate discovery tier rather than a specific amount of damages. And pleading that an action qualifies as a Tier 3 case is equivalent to asserting $300,000 or more in damages—well in excess of the $75,000 cutoff for diversity jurisdiction described in 28 U.S.C. § 1332(a)."). The Complaint specifically alleges that Plaintiff is seeking State Farm's $100,000 policy limit, in addition to other damages.

7.      This Notice of Removal is filed within thirty (30) days after service of the Complaint, as required by 28 U.S.C. § 1441(b), and the removal is proper based upon diversity of citizenship of the parties.   Accordingly, the requirements of 28 U.S.C. § 1441(a) are met.

DATED this 10th day of June 2025.

STRONG & HANNI

*/s/ Andrew D. Wright*

Andrew D. Wright
Chet W. Neilson
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2025, a true and correct copy of the foregoing

**PETITION FOR REMOVAL** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Ron J. Kramer | [   ] | U.S. Mail, Postage Prepaid |
| Jenny R. Hoppie | [   ] | Hand Delivered |
| Kramer Law Group | [   ] | Email |
| 8132 South Redwood Road | [   ] | Facsimile |
| West Jordan, Utah 84088 | [ X ] | CM/ECF |

*Attorneys for Plaintiff*
ron@ronkramerlaw.com
jenny@ronkramerlaw.com

*/s/ Heidi McEwen*

3